# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josef Timothy Dixon, | No. CV-18-01129-PHX-DWL (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

This is a prisoner civil rights action under 42 U.S.C. § 1983. On October 12, 2021, Defendants filed a motion for summary judgment. (Doc. 78.) Among other things, Defendants argue that at least some of Plaintiff's claims are barred under *Heck v. Humphrey*, 512 U.S. 477 (1994). (*Id.* at 5.) Afterward, Plaintiff filed a motion to stay this case pending resolution of his state-court post-conviction relief ("PCR") proceedings. (Doc. 82.) Defendants oppose Plaintiff's stay request. (Doc. 83.)

On November 24, 2021, Magistrate Judge Metcalf issued a report and recommendation ("R&R") concluding that Plaintiff's stay request should be granted and that Defendants' summary judgment motion should be denied without prejudice in light of the stay. (Doc. 84 at 4.)

Under Rule 72 of the Federal Rules of Civil Procedure, objections to an R&R issued by a magistrate judge are due within 14 days after the issuance of the R&R. Here, no such objections have been filed and the time to object has expired. Thus, the Court accepts the R&R. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that

Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly, **IT IS ORDERED** that:

1. The R&R (Doc. 84) is **accepted**.

2. Plaintiff's motion to stay (Doc. 82) is **granted**. This action is **stayed** pending resolution of Plaintiff's pending state-court post-conviction relief proceeding, including any petitions for review therefrom.

3. Within 90 days of the issuance of this order, and on the first business day of every third month thereafter, Defendants must file a "Notice of Status" advising the Court of the pendency of the state-court proceedings.

4. Defendants' motion for summary judgment (Doc. 78) is **denied without prejudice** to being refiled upon termination of the stay.

Dated this 20th day of December, 2021.

_____
Dominic W. Lanza
United States District Judge